UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY AVERITT,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF TACOMA,<br><br>　　　　　　　Defendant. | Case No.  C10-5249BHS/JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED November 26, 2010 |

　　　This title 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4.

　　　On April 29, 2010, the clerk's office sent plaintiff a letter explaining that service copies of his complaint were needed (ECF No. 2).  No response was received.  On August 23, 2010, the court entered an order to show cause why the action should not be dismissed for failure to prosecute (ECF No. 8).  No response was received.

REPORT AND RECOMMENDATION- 1

As of November 1, 2010, plaintiff has failed to respond to two attempts to obtain service documents. He has been given the opportunity to show cause why this action should not be dismissed.

Fed. R. Civ. P. 4(m) gives plaintiff 120 days to perfect service and failure to do so results in dismissal without prejudice.  It has been more than 120 days since this action was commenced and service has not been perfected on any defendant.

The undersigned recommends dismissal of this action without prejudice for failure to prosecute, failure to respond to court orders, and failure to perfect service within the time frame set forth in the Federal Rules of Civil Procedure.

The action should be DISMISSED WITHOUT PREJUDICE.  Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections.  See also Fed. R. Civ. P. 6.  Failure to file objections will result in a waiver of those objections for purposes of appeal.  Thomas v. Arn, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on November 26, 2010, as noted in the caption.

Dated this 1st day of November, 2010.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION- 2