# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTHONY AVERITT

v.

CITY OF TACOMA

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5249BHS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is **ADOPTED**; and

This action is **DISMISSED without prejudice** due to Plaintiff's failure to prosecute, failure to respond to court orders, and failure to perfect service, as required by the Federal Rules of Civil Procedure.

December 6, 2010

WILLIAM M. McCOOL
Clerk

*s/CM Gonzalez*
Deputy Clerk